# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAR -5 AM 11: 41

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Anthony Collins | ) Case No: CR500-00010-001 | |
| | ) USM No: 10633-021 | |
| Date of Previous Judgment: August 9, 2001 | ) Daniel Lawton Bennett, Jr. | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___104___ months **is reduced to** ___time served___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 24                    Amended Offense Level: 22
Criminal History Category: V                  Criminal History Category: V
Previous Guideline Range: 92 to 115 months    Amended Guideline Range: 77 to 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated August 9, 2001, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 5, 2008

Judge's signature

William T. Moore, Jr.
Chief Judge, U.S District Court

Effective Date: March 15, 2008
(if different from order)                     Printed name and title